74 So.3d 601 (2011)
Mignon OLIVIER, Appellant,
v.
INDYMAC FEDERAL BANK, F.S.B., Appellee.
No. 4D10-3880.
District Court of Appeal of Florida, Fourth District.
November 30, 2011.
Philippe Symonovicz, Fort Lauderdale, for appellant.
Angela Lynn Leiner of Douglas C. Zahm, P.A., St. Petersburg, for appellee.
PER CURIAM.
Affirmed. See Tacher v. Helm Bank, 50 So.3d 1239 (Fla. 4th DCA 2011).
MAY, C.J., WARNER and GROSS, JJ., concur.